UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| BURKESVILLE HARDWOODS, LLC<br>PLAINTIFF<br><br>VS.<br><br>TRAVIS COOOMER<br><br>AND<br><br>UNKNOWN DEFENDANT NO. 1<br><br>AND<br><br>UNKNOWN DEFENDANT NO. 2,<br>DEFENDANTS | CIVIL ACTION NO: 1:18-cv-GNS |

## **AFFIDAVIT OF RICHARD A. RICHARDSON**

Richard A. Richardson, being first sworn according to law, does depose and say:

1. *Admission Status:* I am a member of good standing of the Bar of the State of Louisiana and have attached hereto a certified copy of a Certificate of Good Standing.

2. *Disciplinary History:* I am not currently nor have ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

3. *Consent to Jurisdiction:* I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. *ECF Training:* I have completed CM/ECF training in the United States District Eastern and Western Districts of Louisiana and United States District Court Southern District of Mississippi.

I certify that the above information is true and correct.

_____
Richard A. Richardson

SWORN TO AND SUBSCRIBED BEFORE ME, this 21 day of February, 2018.

_____
NOTARY PUBLIC
My Commission Expires: death

LA BAR #30802