UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | | |
|---|---|---|
| BURKESVILLE HARDWOODS, LLC, | ) | |
|     PLAINTIFF | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| TRAVIS COOMER | ) | CIVIL ACTION NO. 1:18-cv-18-GNS |
| | ) | |
| AND, | ) | |
| | ) | |
| UNKNOWN DEFENDANT NO. 1 | ) | |
| | ) | |
| AND, | ) | |
| | ) | |
| UNKNOWN DEFENDANT NO. 2, | ) | (Electronically Filed) |
| | ) | |
|     DEFENDANTS | ) | |

## AGREED AMENDED SCHEDULING ORDER

This matter having come before the Court upon the agreement of the parties, as is evidence by respective counsels' signatures being affixed hereto below, and the Court noting that the Agreed Amended Scheduling Order is jointly agreed, and the Court being otherwise thoroughly and sufficiently advised;

It is hereby ordered that the following deadlines shall be observed in this action:

(1)     **No later than July 2, 2019,** the parties shall file all motions to join additional parties. All motions to amend the pleadings shall be filed by the parties **no later than July 15, 2019.**

(2)     **No later than October 1, 2019,** counsel for the Plaintiff shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Plaintiff shall submit written reports from any expert

witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to provide a written report, Plaintiff's disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

(3)      **No later than November 1, 2019,** counsel for the Defendant shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Defendant shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to provide a written report, Defendant's disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 70, or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed. R. Civ. P. 26(a)(2)(C).

(4)      **No later than August 15, 2019,** the parties shall complete all pretrial fact discovery. The discovery depositions of all expert witnesses shall be completed **no later than December 1, 2019.** All written discovery requests shall be submitted to the opposing parties so that the due date is in advance of the discovery deadline. **Motions pertaining to unresolved discovery and scheduling disputes may not be field without first having a joint telephonic conference with the Magistrate Judge arranged though this court room deputy, Kelly Lovell, at 270-393-2507, or kelly_lovell@kywd.uscourts.gov. Any agreed amendments to the Scheduling Order**

shall be submitted to the Court in the form of an agreed order. **ALL MOTIONS PERTAINING TO DISCOVERY SHALL BE FILED NO LATER THAN FIFTEEN (15) DAYS AFTER THE CLOSE OF ALL DISCOVERY.**

**Non-waiver of attorney-client privilege or work-product protection.** Pursuant to Fed. R. Evid. 502(d), neither the attorney-client privilege nor work-product protection are waived by disclosure connected with this litigation. Further, the disclosure in this action shall not operate as a waiver in any other federal or state proceeding. As defined in Fed. R. Evid. 502(g), "attorney-client privilege" means the protection that applicable law provides for confidential attorney-client communications' and "work-product protection" means the protection that applicable law provides for tangible material (or its intangible equivalent) prepared in anticipation of litigation or for trial.

Unless otherwise agreed to by counsel, the use of all deposition testimony shall be governed by Fed. R. Civ. P. 32, and all depositions taken for trial purposes only shall be completed not later than 60 days prior to trial.

(5)     **No later than January 1, 2020,** counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (**Daubert** motions).

(6)     All other limitations set forth in the Report of Parties' Planning Meeting (DN 10), to the extent they are not inconsistent with this Order, are incorporated herein.

(7)     In the event discovery is completed and neither party anticipates filing dispositive motions, or in the event no dispositive motions are filed by the deadline, counsel shall notify the Magistrate Judge's Courtroom Deputy and the case will be set for a status conference. Upon resolution of any dispositive motions which are filed, the Court will

enter appropriate orders regarding the scheduling of this case toward final resolution, if necessary.

(8)     A telephonic status conference shall be conducted on **December 9, 2019, at 9:30 a.m., CDT.** The Court will initiate the call. The telephonic status conference scheduled for June 7, 2019, is **REMANDED** for the Court's docket.

(9)     Counsel for the parties shall be contact Kelly Lovell to schedule this matter for a settlement conference.

        IT IS SO ORDERED,  this:

Tendered by:


*s/Harlan E. Judd, III*_____
Harlan E. Judd, IIII
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, Kentucky 42101
Telephone: (270) 904-4141
Facsimile: (888) 590-2842

Have seen and agree:

*s/Hunter Durham w/ permission*
Hunter Durham
Durham & Zornes
130 Public Square
P.O. Box 100
Columbia, KY 42728
*For the Defendants, Travis Coomer*


*s/Harlan E. Judd, III*
Harlan E. Judd, IIII
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, Kentucky 42101
*For the Plaintiff, Burkesville Hardwoods, LLC*


Copies to:       Counsel of Record