98 KENTUCKY 30—Gas Premium

AGREEMENT, Made and entered into the __6th__ day of __April__ 19__87__
by and between __R.T. Baker Estate, c/o Eileene B. Baker, P.O. Box 134, Burkesville, KY 42717, and Richie Baker Radcliffe, P.O. Box 273, Bakerton, KY 42711__
of _____ Party of the first part, hereinafter called lessor (whether one or more)
and __Travis Cosmer Drilling, Inc. Route #10 Box B90, Columbia, Kentucky 42728__ party of the second part, lessee,

WITNESSETH, That the said lessor, for and in consideration of __ONE__ DOLLARS cash in hand paid, receipt of which is hereby acknowledged and of the covenants and agreements hereinafter contained on the part of lessee to be paid, kept and performed, has granted, demised, leased and let and by these presents does grant, demise, lease and let unto the said lessee, for the sole and only purpose of mining and operating for oil and gas, and laying pipe lines, and building tanks, power stations and structures thereon to produce, save and take care of said products, all that certain tract of land situated in the County of __Cumberland__ State of __Kentucky__ described and bounded as follows, to-wit:

Bounded on the North by lands of __Berry Hill__
Bounded on the East by lands of __Lean Gilstrap__
Bounded on the South by lands of _____
Bounded on the West by lands of __Wesley Lacy__
Containing __1360__ acres, more or less, and being the same land conveyed to lessor by _____

| | | | | | |
|---|---|---|---|---|---|
| W.F. Owsley | deed dated December 8, 1892 | recorded in Deed Book | Y | Page | 490 |
| A.O. Baker | deed dated December 19, 1896 | recorded in Deed Book | Z | Page | 605 |
| R.T. Baker | Will dated October 31, 1936 | recorded in Will Book | K | Page | 387 |

__Cumberland__ County Clerk's Office

It is agreed that this lease shall remain in force for a term of __two (2)__ years from this date, and as long thereafter as oil or gas, or either of them, is produced from said land by the lessee.

In consideration of the premises the said lessee covenants and agrees:

1st. To deliver to the credit of lessor, free of cost, in the pipe line to which he may connect his wells, the equal one-eighth part of all oil produced and saved from the leased premises.

2nd. To deliver to the credit of lessor free of cost in the pipe line to which he may connect his wells, the equal one-eighth part of all gas produced and saved from the leased premises, while the same is being used off the premises, and lessor to have gas free of cost from any such well for all stoves and all inside lights in the principal dwelling house on said land during the same time by making his own connections with the wells at his own risk and expense.

If no well be commenced on said land on or before the __6th__ day of __April__ 19__88__ this lease shall terminate as to both parties, ~~unless the lessee on or before that date shall pay or tender to the lessor, or to the lessor's credit in the _____ Bank at _____ or its successors, which shall continue as the depository regardless of the changes of ownership of said land, the sum of _____ DOLLARS, which shall operate as a rental and cover the privilege of deferring the commencement of a well for _____ months from said date. In like manner and upon like payments or tenders the commencement of a well may be further deferred for like periods of the same number of months successively. And it is understood and agreed that the consideration first recited herein, the down payment covers not only the privilege granted to the date when said first rental is payable as aforesaid, but also the lessee's option of extending that period as aforesaid, and any and all rights conferred.~~

Should the first well drilled on the above described land be a dry hole, then, and in that event, if a second well is not commenced on said land within twelve months from the expiration of the last rental period for which rental has been paid, this lease shall terminate as to both parties, unless the lessee on or before the expiration of said twelve months shall resume the payment of rentals in the same amount and in the same manner as hereinbefore provided. And it is agreed that upon the resumption of the payments of rentals, as above provided, that the last preceding paragraph hereof, governing the payment of rentals, and the effect thereof, shall continue in force just as though there had been no interruption in the rental payments.

If said lessor owns a less interest in the above described land than the entire undivided fee simple estate therein, then the royalties and rentals herein provided shall be paid the lessor only in the proportion which his interest bears to the whole and undivided fee.

Lessee shall have the right to use, free of cost, gas, oil, and water produced on said land for its operation thereon, except water from wells of lessor.

When requested by lessor, lessee shall bury its pipe lines below plow depth.

No well shall be drilled nearer than 200 feet of the house or barn now on the premises, without the written consent of the lessor.

Lessee shall pay for damages caused by its operations to growing crops on said land.

Lessee shall have the right at any time to remove all machinery and fixtures placed on said premises, including the right to draw and remove casing.

If the estate of either party hereto is assigned, and the privilege of assigning in whole or in part is expressly allowed—the covenants hereof shall extend to their heirs, executors, administrators, successors or assigns, but no change in the ownership of the land or assignment of rentals or royalties shall be binding on the lessee until after the lessee has been furnished with a written transfer or assignment or a true copy thereof; and it is hereby agreed in the event this lease shall be assigned as to a part or as a part of the above described lands and the assignee or assignees of such part or parts shall fail or make default in the payment of the proportionate part of the rents due from him or them, such default shall not operate to defeat or affect this lease in so far as it covers a part or parts of said lands upon which the said lease or any assignee thereof shall make due payment of said rental.

Lessor hereby warrants and agrees to defend the title to the lands herein described, and agrees that the lessee shall have the right at any time to redeem for lessor, by payment, any mortgage, taxes or other liens on the above described lands in the event of default of payment by lessor, and be subrogated to the rights of the holder thereof, and hereby expressly waive any rights whatever that they now have or may hereafter have under this lease to the benefits of any homestead or exemption laws of the State of __Kentucky__

It is distinctly understood and agreed that no drilling shall be done on the Home Place Tract, within 400 feet of the Northern boundary of the Radcliffe Farm Line, unless by written agreement.

In Testimony Whereof, We sign, this the __6th__ day of __April__ 19__87__

Witness:

_____ _Eileene B. Baker_ (SEAL)
_____ _John E. Baker_ (SEAL)
_____ _____ (SEAL)
_____ _____ (SEAL)
_____ _____ (SEAL)
_____ _____ (SEAL)

This instrument prepared by:
Lynn Wagoner
3060 Harrodsburg Rd.
Lexington, KY 40503


EXHIBIT A

Exhibit 3

ACKNOWLEDGMENT WHERE LESSOR SIGNS BY MARK

STATE OF ______ } ss.
County of ______

On this ______ day of ______ A. D., 19___, before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared ______ and ______ to me known to be the identical person______ who executed the within and foregoing instrument by ______ mark in my presence and in the presence of ______ and ______ as witnesses, and acknowledged to me that ______ executed the same as ______ free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

______ Notary Public—C. of County Court.

My commission expires ______ By ______ D. C. of C. C.

101 NOTE—The signature by mark of a lessor who cannot write his name must be witnessed by two witnesses, one of whom must write lessor's name near his mark.

# Oil and Gas Lease

—FROM—

R. L. Baker Estate

—TO—

Travis Coomer Drilling Inc.

Date April 6 1987

No. of Acres 300

County

Term 2 years

STATE OF Kentucky
County of Cumberland } ss.

This instrument was filed for record on the 15 day of June 1987 at 2:45 o'clock P. M., and duly recorded in book 59 page 100 of the records of this office.

Betty L. Hogan Clerk.

By [signature] Deputy Clerk.

STATE OF Kentucky } ss.
County of Cumberland

BE IT REMEMBERED, That on this 6th day of April In the year of Our Lord, One Thousand Nine Hundred and eighty-seven, before me, a Notary Public, in and for said County and State, personally appeared John E. and Eileene B. Baker and Rickie Baker Radcliffe to me known to be the identical persons who executed the within foregoing instrument and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my notarial seal the day and year first above written.

My commission expires January 14, 1989

[signature] Notary Public—C. of County Court.

By State of Ky at Large D. C. of C. C.

## ASSIGNMENT

That ______ of ______ State of ______ the within named grant______ in consideration of the sum of ______ Dollars to ______ in hand paid, the receipt whereof is hereby acknowledged, do______ hereby sell, assign, transfer, set over and convey unto ______ heirs, and assigns, the within grant,

TO HAVE AND TO HOLD THE SAME FOREVER, subject nevertheless, to the conditions therein contained.

In Witness Whereof, The said grant______ ha______ hereunto set ______ hand ______ this ______ day of ______ 19___ ______

## ACKNOWLEDGMENT TO THE ASSIGNMENT

STATE OF ______ } ss.
County of ______

On this ______ day of ______ A. D., 19______, before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared ______ and ______ to me personally known to be the identical person______ who executed the within and foregoing instrument and acknowledged to me that ______ executed the same as ______ free and voluntary act and deed for the uses and purposes therein set forth.

Witness my hand and official seal.

My commission expires ______

______ Notary Public—C. of County Court.

By ______ D. C. of C. C.