IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| BURKESVILLE HARDWOODS, LLC | ) |
| | ) |
| PLAINTIFF | ) Civil Action No. 1:18cv-00018-GNS |
| v. | ) JUDGE GREG N. STIVERS |
| | ) |
| TRAVIS COOMER and | ) |
| UNKNOWN DEFENDANTS 1 and 2 | ) |
| | ) |
| DEFENDANTS | ) |

## ORDER

A telephonic status conference was conducted in this action on March 17, 2020, with the undersigned presiding. Participating in the conference were Harlan E. Judd, III, for the Plaintiff and Kenneth A. Meredith, II, for the Defendant. Counsel for Defendant having confirmed former counsel Hunter Durham is deceased;

**IT IS ORDERED** Attorney Hunter Durham shall be terminated as counsel of record in this matter.

**IT IS ORDERED** a telephonic status conference shall be conducted on **April 21, 2020, at 10:00 am, CDT.** The Court will initiate the call.

ENTERED this

Copies to:    Counsel of Record

0/08