# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**BURKESVILLE HARDWOODS, LLC.**                                            **PLAINTIFF**

**V.**                           **CIVIL ACTION NO.: 1:18-cv-00018-GNS-HBB**

**TRAVIS COOMER, ET AL.**                                               **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

The parties having settled the claims asserted in this case, and the Court being sufficiently advised, it is hereby

ORDERED and ADJUDGED that all claims asserted in this case by the parties are hereby DISMISSED, with prejudice, with each party bearing that party's own costs and attorney fees.

*Greg N. Stivers, Chief Judge*
*United States District Court*

October 15, 2024

HAVE SEEN AND AGREED TO:

/s/ R. Michael Sullivan
Counsel for Plaintiff

/s/ Kenneth A. Meredith, II by R. Michael Sullivan w/permission
Counsel for Defendant Travis Coomer